AO 442 (Rev. 11/11) Arrest Warrant

11225298

# UNITED STATES DISTRICT COURT
для the
District of Columbia

**FILED**
JAN 2 2 2021
Clerk, U.S. District and Bankruptcy Courts

United States of America
v.
Jacob Hiles

Defendant

)
)
) Case: 1:21-mj-00070
) Assigned to: Judge Zia M. Faruqui
) Assign Date: 1/15/2021
) Description: COMPLAINT W/ARREST WARRANT
)

## ARREST WARRANT

To: Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Jacob Gavin Hiles
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☒ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. 1752 (a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority

18 U.S.C. 1752(a)(2) - Knowingly, With Intent to Impede Government Business or Official Functions, Engaging in Disorderly Conduct on Capitol Grounds

40 U.S.C. 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in the Capitol Buildings

Date: 01/15/2021

Zia M. Faruqui
2021.01.15 16:09:45 -05'00'

*Issuing officer's signature*

City and state: Washington, DC

Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 1-15-21, and the person was arrested on *(date)* 1-19-21
at *(city and state)* Chesapeake VA

Date:

*Arresting officer's signature*

Special Agent Joshua Mathews
*Printed name and title*