NOTICE OF APPEARANCE IN A CRIMINAL CASE

**CLERK'S OFFICE**
**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**
**WASHINGTON, D.C.   20001**

UNITED STATES OF AMERICA

vs.                                                             Criminal Number  1:21-cr-155

**Jacob Hiles**
           (Defendant)

TO:     ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:    (Please check one)

☐ CJA          ☒ RETAINED          ☐ FEDERAL PUBLIC DEFENDER

_____
(Signature)

**PLEASE PRINT THE FOLLOWING INFORMATION:**

Alexander H. Bell VSB No 84859
*(Attorney & Bar ID Number)*

The Law Office of Alexander H. Bell
*(Firm Name)*

555 E. Main St., Suite 1102
*(Street Address)*

Norfolk          VA          23510
*(City)          (State)          (Zip)*

757-651-5017
*(Telephone Number)*