UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | Case No. 21-CR-155 (ABJ) |
| | : | |
| v. | : | |
| | : | |
| | : | |
| JACOB HILES, | : | |
| | : | |
| Defendant. | : | |

### NOTICE OF SUBSTITUTION OF GOVERNMENT COUNSEL

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby informs the Court that the above-captioned matter is now assigned to Assistant United States Attorney Christopher R. Howland, who will be replacing Mary L. Dohrmann as the Assistant United States Attorney on this case.

                                                       Respectfully submitted,

                                                       MATTHEW M. GRAVES
                                                     UNITED STATES ATTORNEY
                                                     D.C. Bar Number 481052

By: */s/ Christopher R. Howland*
      Christopher R. Howland
      Assistant United States Attorney
      Delaware Bar Number 5556
      United States Attorney's Office
      601 D Street NW
      Washington, DC 20530
      Telephone: 202.252.7106
      Email: Christopher.Howland@usdoj.gov